**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6146**

———————————

GEORGE D. WILLIAMS,

　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　versus

MICHAEL T. W. BELL,

　　　　　　　　　　　　　　　Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, Senior District
Judge.  (CA-00-307-5-F)

———————————

Submitted:  April 12, 2001　　　　　Decided:  April 18, 2001

———————————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

George D. Williams, Appellant Pro Se.  Sandra Wallace-Smith, Assis-
tant Attorney General, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George D. Williams seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Williams v. Bell, No. CA-00-307-5-F (E.D.N.C. Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2